■ In the Matter of the Claim of ARLENE STEIN, Appellant. COMMISSIONER OF LABOR, Respondent. [18 NYS3d 571]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 3, 2015, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

McCarthy, J.P., Garry, Rose and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of BRAD McCASKELL, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [18 NYS3d 571]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, Garry and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.